UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-01374-MWF-DSR Date: October 1, 2026

Title ***Giovanny Alexander Alfaro Cruz v. Kristi Noem, et al.***

Present: The Honorable: Daniel S. Roberts, United States Magistrate Judge

| | |
|---|---|
| L. Krivitsky | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE WHY FINAL JUDGMENT SHOULD NOT BE ENTERED ON TERMS OF TEMPORARY RESTRAINING ORDER**

On March 23, 2026, Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 challenging as unlawful his ongoing detention by U.S. Immigration and Customs Enforcement. See Doc. No. 1. On March 27, 2026, Petitioner filed an Ex Parte Application for Temporary Restraining Order ("TRO Application") requesting his immediate release from immigration custody during the pendency of this action. See Doc. No. 6. Respondents filed Opposition to Petitioner's TRO Application on April 1, 2026. See Doc. No. 10. On April 8, 2026, the District Judge granted Petitioner's TRO Application and ordered Petitioner's immediate release from the custody of Respondents pursuant to the terms of supervision in place prior to his detention. See Doc. Nos. 12, 13.

A status conference in the above-referenced matter is hereby set for **October 9, 2026, at 3:00 p.m**. in Courtroom 690 of the Roybal Federal Building and Courthouse. The parties are ordered to show cause at the status conference why the preliminary relief entered by the District Judge should not be converted immediately to a final judgment on the merits for the same reasons and on the same terms provided in the order granting preliminary relief. See 28 U.S.C. § 2243; Fed. R. Civ. P. 56(f); cf. Fed. R. Civ. P. 65(a)(2).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-01374-MWF-DSR Date: October 1, 2026

Title ***Giovanny Alexander Alfaro Cruz v. Kristi Noem, et al.***

The parties may discharge this show-cause order by filing a stipulation and proposed judgment granting the 28 U.S.C. § 2241 petition for the same reasons and on the same terms already provided in the District Judge's order granting preliminary relief no later than **October 6, 2026**. If the parties file a stipulation and proposed judgment granting the petition, the parties do not have to appear at the October 9, 2026, status conference.

Nothing in the stipulation and proposed judgment, once entered, should or will be deemed a waiver on appeal of the government's existing documented arguments or positions in this case opposing the granting of federal habeas relief for the reasons and on the terms provided in the order rejecting those arguments or positions and granting preliminary relief.

**IT IS SO ORDERED.**

:

**Initials of Preparer** LK