**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

GIOVANNY ALEXANDER ALFARO CRUZ,

Petitioner,

v.

JAMIE RIOS, et al.,

Respondents.

No. 5:26-cv-01374-DSR

**JUDGMENT**

Pursuant to the parties' "Joint Proposed Grant of Petition and Entry of Judgment Under 28 U.S.C. § 2241," Doc. No. 18, it is hereby ORDERED, ADJUDGED, and DECREED that the Petition for Writ of Habeas Corpus is GRANTED on the same grounds and under the same terms as the Court's April 8, 2026, Order Granting Petitioner's Motion for Temporary Restraining Order (Doc. No. 12).

Nothing in this Judgment shall be deemed a waiver on appeal of Respondents' existing documented arguments or positions in this case opposing the granting of federal habeas relief.

DATED: October 6, 2026

HON. DANIEL S. ROBERTS
UNITED STATES MAGISTRATE JUDGE